| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF GEORGIA |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    02/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  AP Framing, Inc.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  45-3461132

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 595 Old Norcross Road, Suite A<br>Lawrenceville, GA 30046 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Gwinnett | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor   **AP Framing, Inc.**
_____    Case number (*if known*) _____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor  **AP Framing, Inc.** _____   Case number (*if known*)_____
         Name

**11. Why is the case filed in *this district?***   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply*.)
  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other _____

  **Where is the property?** _____
                           Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes. Insurance agency _____
          Contact name _____
          Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**  .  *Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**
- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **AP Framing, Inc.**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August 10, 2020**
MM / DD / YYYY

X **/s/ Uriel Espinoza**               **Uriel Espinoza**
Signature of authorized representative of debtor      Printed name

Title

**18. Signature of attorney**

X **/s/ Cameron M. McCord**              Date **August 10, 2020**
Signature of attorney for debtor                MM / DD / YYYY

**Cameron M. McCord 143065**
Printed name

**Jones & Walden, LLC**
Firm name

**699 Piedmont Avenue NE**
**Atlanta, GA 30308**
Number, Street, City, State & ZIP Code

Contact phone  **404-564-9300**    Email address  **info@joneswalden.com**

**143065 GA**
Bar number and State

Fill in this information to identify the case:

Debtor name: **AP Framing, Inc.**
United States Bankruptcy Court for the: **NORTHERN DISTRICT OF GEORGIA**
Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 84 Lumber<br>775 Bankhead Highway<br>Winder, GA 30680 | | | | | | $1,349,509.09 |
| Action Rentals<br>4255 Highway 42<br>Conley, GA 30288 | | | | | | $179,437.62 |
| Ahern<br>4172 Jiles Rd NW<br>Kennesaw, GA 30144 | | | | | | $35,516.93 |
| American Express<br>P.O. Box 1279<br>Newark, NJ 07101 | | | | | | $34,792.26 |
| Bank of America<br>P.O. Box 15796<br>Wilmington, DE 19886 | | | | | | $50,115.06 |
| Bank of America<br>PO Box 15796<br>Wilmington, DE 19886 | | | | | | $65,536.22 |
| BSA<br>3194 Florence Rd<br>Powder Springs, GA 30127 | | | | | | $56,659.90 |
| Capital One<br>P.O. Box 71083<br>Charlotte, NC 28272-0884 | | | | | | $19,946.38 |
| CLP Systems<br>111 W. Monroe 9W<br>Chicago, IL 60603 | | | | | | $232,331.44 |
| Evelyn Espinoza<br>595 Old Norcross Rd, Suite A<br>Lawrenceville, GA 30046 | | | | | | $319,000.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor  **AP Framing, Inc.**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **FSI**<br>PO Box 16182<br>Atlanta, GA 30321 | | | | | | $70,903.61 |
| **MBCI**<br>2280 Monier Ave<br>Lithia Springs, GA 30122 | | | | | | $18,747.26 |
| **Ram Tools**<br>PO Box 743487<br>Atlanta, GA 30374 | | | | | | $56,650.80 |
| **Scotts Hill**<br>8712 Market St<br>Wilmington, NC 28411 | | | | | | $4,202.64 |
| **Southern Carlson**<br>PO Box 668269<br>Charlotte, NC 28266 | | | | | | $12,324.13 |
| **Sunbelt Rentals**<br>604 Cannon Rd<br>Myrtle Beach, SC 29577 | | | | | | $86,362.29 |
| **Synergy**<br>PO Box 71200<br>Charlotte, NC 28272 | | | | | | $5,481.81 |
| **Trussway**<br>9411 Alcorn<br>Houston, TX 77093 | | | | | | $76,345.21 |
| **U.S. Small Business Admin.**<br>**2 North Street, Suite 320**<br>**Suite 100**<br>**Birmingham, AL 35203** | | | | $149,900.00 | $0.00 | $149,900.00 |
| **Uriel Espinoza**<br>595 Old Norcross Rd, Suite A<br>Lawrenceville, GA 30046 | | | | | | $27,200.00 |

```
84 Lumber
775 Bankhead Highway
Winder, GA 30680


Action Rentals
4255 Highway 42
Conley, GA 30288


Ahern
4172 Jiles Rd NW
Kennesaw, GA 30144


American Express
P.O. Box 1279
Newark, NJ 07101


American Express
P.O. Box 1270
Newark, NJ 07101


Bank of America
PO Box 15796
Wilmington, DE 19886


Bank of America
P.O. Box 15796
Wilmington, DE 19886


BSA
3194 Florence Rd
Powder Springs, GA 30127


Capital One
P.O. Box 71083
Charlotte, NC 28272-0884
```

```
CLP Systems
111 W. Monroe 9W
Chicago, IL 60603



Evelyn Espinoza
595 Old Norcross Rd, Suite A
Lawrenceville, GA 30046



FSI
PO Box 16182
Atlanta, GA 30321



Georgia Deparment of Revenue
Taxpayer Services Division
P.O. Box 105499
Atlanta, GA 30348



Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346



MBCI
2280 Monier Ave
Lithia Springs, GA 30122



North Carolina Dept of Revenue
Post Office Box 871
Raleigh, NC 27602



Ram Tools
PO Box 743487
Atlanta, GA 30374



Scotts Hill
8712 Market St
Wilmington, NC 28411
```

Southern Carlson
PO Box 668269
Charlotte, NC 28266


Sunbelt Rentals
604 Cannon Rd
Myrtle Beach, SC 29577


Synergy
PO Box 71200
Charlotte, NC 28272


Trussway
9411 Alcorn
Houston, TX 77093


U.S. Small Business Admin.
2 North Street, Suite 320
Suite 100
Birmingham, AL 35203


Uriel Espinoza
595 Old Norcross Rd, Suite A
Lawrenceville, GA 30046

# United States Bankruptcy Court
## Northern District of Georgia

In re  **AP Framing, Inc.**                                                                     Case No.
                        Debtor(s)                                                                Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **AP Framing, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Uriel Espinoza**
**595 Old Norcross Road**
**Suite A**
**Lawrenceville, GA 30046**

☐ None [*Check if applicable*]

**August 10, 2020**                                         /s/ Cameron M. McCord
Date                                                        **Cameron M. McCord 143065**
                                                            Signature of Attorney or Litigant
                                                            Counsel for  **AP Framing, Inc.**
                                                            **Jones & Walden, LLC**
                                                            **699 Piedmont Avenue NE**
                                                            **Atlanta, GA 30308**
                                                            **404-564-9300 Fax:404-564-9301**
                                                            **info@joneswalden.com**