# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>AP FRAMING, INC.,<br><br>Debtor. | CHAPTER 11<br><br>CASE NO. 20-68856-jwc |

## SECOND MODIFICATION TO PLAN OF REORGANIZATION

COMES NOW, AP Framing, Inc. ("Debtor") and files this *Second Modification to Plan of Reorganization* ("Modification"). In support of the Modification, Debtor shows the Court as follows:

1. Debtor filed its "Subchapter V Plan of Reorganization" (Doc. No. 39), on November 6, 2020 (the "Plan").

2. The Court entered an order setting the deadline for objections to the Plan and deadline for casting ballots regarding the Plan as December 14, 2020.

3. Debtor filed its "Modification to Plan of Reorganization" (Doc. No. 83), on December 4, 2020 (the "First Modification").

4. Debtor hereby modifies the Plan in accordance with Section 1193 of the Bankruptcy Code.

5. Debtor files this Modification to resolve the objection by Choate Construction Company (Doc. No. 90) (the "Choate Objection").

6. The changes in this Modification do not materially or adversely affect the rights of any parties in interest which have not had notice and an opportunity to be heard with regard thereto.

7. Article 10.1 of the Plan shall be amended as stated:

Notwithstanding anything to the contrary in the Plan or the First Modification, the following contract shall be rejected as of the Confirmation Date:

| Riverworks | 702 E. Congree St. Savannah GA 31401 | Choate Construction | 101 W. Mulberry Blvd, Suite 200, Savannah, GA 31407 |
|---|---|---|---|

8. Proof of Claim 17-1 shall be deemed a proof of claim filed for rejection damages by Choate on the above contract and the contract for the project commonly known as Skylark, as provided for in the First Modification, without any necessity of amendment or refiling of the same.

9. Choate's ballot accepting the plan shall remain and continue as an acceptance of the Plan.

10. Such Second Modification of the Plan shall resolve the Choate Objection as evidenced by signature of counsel below.

11. Except as expressly set forth in this Modification, all terms and provisions of the Plan remain in full force and effect.

Submitted this 5th day of January, 2021.

**AP FRAMING, INC.**

By: */s/ Uriel Espinoza*
Name: Uriel Espinoza
Title: Member

**JONES & WALDEN LLC**

*/s/ Cameron M. McCord*
Cameron M. McCord
Georgia Bar No. 143065
699 Piedmont Ave, NE
Atlanta, Georgia 30308
(404) 564-9300
Attorney for Debtor in Possession

2

**Consented to and Ballots Deemed as Accepting in Class 7
By Choate Construction Company, by and through
Their Attorney**

**HUDSON LAMBERT PARROTT WALKER LLC**

<u>/s/ Kevin H. Hudson</u>
Kevin H. Hudson
Georgia Bar No. 374630
Alexander J. Bell
Georgia Bar No. 282562
3575 Piedmont Road NE
Building 15, Suite 850
Atlanta, Georgia 30305
Telephone: (404) 554-8181
Facsimile: (404) 554-8171
khudson@hlpwlaw.com
abell@hlpwlaw.com
*Attorneys for Choate Construction Company*

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br><br>AP FRAMING, INC.,<br><br>Debtor. | CHAPTER 11<br><br>CASE NO. 20-68856-jwc |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing *Second Modification to Plan of Reorganization* ("Modification") using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of and an accompanying link to the Modification to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing Program:

- **Zechariah D. Anderson**    zanderson@mpdlegal.com, bmcdonald@mpdlegal.com
- **Herbert C. Broadfoot**    bert@hcbroadfootlaw.com
- **Thomas Wayne Dworschak**    thomas.w.dworschak@usdoj.gov, ltctommyd@aol.com
- **Kevin H. Hudson**    khudson@hpwlegal.com, fslaveikis@hpwlegal.com
- **Tamara M. Ogier (Sub V Trustee)**    tmo@orratl.com, jc@orratl.com; tmo@trustesolutions.net;ctmo11@trustesolutions.net
- **Martin G Quirk**    mgq@quirklaw.com
- **Beth E. Rogers**    brogers@berlawoffice.com, receptionist@berlawoffice.com; jcarroll@berlawoffice.com
- **Andres H. Sandoval**    andres.sandoval@usdoj.gov, charlie.cromwell@usdoj.gov; Larissa.selchenkova@usdoj.gov
- **Henry F. Sewell**    hsewell@sewellfirm.com, hsewell123@yahoo.com
- **Ryan David Thompson**    rthompson@maynardcooper.com, rcthomps@samford.edu

I further certify that on this day I caused a copy of the Modification to be served upon the parties listed on the attached mailing matrix via U.S. first class mail by placing same in a properly addressed envelope with adequate postage affixed thereon.

This 5th day of January, 2021.

**JONES & WALDEN LLC**
*/s/ Cameron M. McCord*
Cameron M. McCord
Georgia Bar No. 143065
699 Piedmont Ave, NE
Atlanta, Georgia 30308
(404) 564-9300
Attorney for Debtor in Possession

4

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 20-68856-jwc<br>Northern District of Georgia<br>Atlanta<br>Tue Jan  5 12:41:16 EST 2021 | 84 Lumber<br>775 Bankhead Highway<br>Winder, GA 30680-3428 | 84 Lumber Company, L.P.<br>707 Grant Street<br>Suite 3800<br>Pittsburgh, PA 15219-1933 |
| AP Framing, Inc.<br>595 Old Norcross Road, Suite A<br>Lawrenceville, GA 30046-7667 | Action Rental ATL, LLC and<br>Action Rentals JAX, LLC<br>aka Action Equipment Action Rentals<br>3075 NW South River Drive<br>Miami FL 33142-6941 | Action Rentals<br>4255 Highway 42<br>Conley, GA 30288-2141 |
| Adam C. King<br>100 North Tampa Street, Suite 3700<br>Tampa, FL 33602-5835 | Ahern<br>4172 Jiles Rd NW<br>Kennesaw, GA 30144 | Ahern Rentals Inc<br>1401 Mineral Ave<br>Las Vegas, NV 89106-4342 |
| American Express<br>P.O. Box 1270<br>Newark, NJ 07101-1270 | American Express<br>P.O. Box 1279<br>Newark, NJ 07101-1279 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| | | BUILDING SUPPLY ASSOCIATION- US LBM HOLDINGS<br>3194 FLORENCE ROAD<br>POWDER SPRINGS, GA 30127-5385 |
| Balfour Beatty Construction, LLC<br>John Heuer, SVP Legal<br>1930 Camden Road<br>Suite 280<br>Charlotte, NC 28203-0011 | Bank of America<br>P.O. Box 15796<br>Wilmington, DE 19886-5796 | Bank of America, N.A.<br>PO BOX 31785<br>TAMPA, FL 33631-3785 |
| | | CLP Systems<br>111 W. Monroe 9W<br>Chicago, IL 60603-4096 |
| Capital One<br>P.O. Box 71083<br>Charlotte, NC 28272-1083 | Capital One Bank (USA), N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Choate Construction<br>101 W. Mulberry Blvd<br>Suite 200<br>Savannah, GA 31407-3508 |
| | Evelyn Espinoza<br>595 Old Norcross Rd, Suite A<br>Lawrenceville, GA 30046-7667 | FSI<br>PO Box 16182<br>Atlanta, GA 30321-0182 |
| Fastening Solutions, Inc.<br>3075 Selma Highway<br>Montgomery, AL 36108-5001 | Douglas Ford<br>Quirk & Quirk, LLC<br>300 Century Spring West<br>6000 Lake Forrest Drive<br>Atlanta, GA 30328-3877 | Freese Johnson LLC<br>1355 Terrell Mill Rd SE<br>Bldg 1470 Suite 100<br>Marietta, GA 30067-9004 |

```
Freese Johnson, LLC                (p)GEORGIA DEPARTMENT OF REVENUE
Jessica Burns, Esq.                COMPLIANCE DIVISION
Weinberg, Wheeler, Hudgins, Gunn & Dial,   ARCS BANKRUPTCY
3344 Peachtree Road, NE, Suite 2400        1800 CENTURY BLVD NE SUITE 9100
Atlanta, GA 30326-4802                     ATLANTA GA 30345-3202


Internal Revenue Service                                                          Juneau Construction Co.
P. O. Box 7346                                                                    210 Interstate North Parkway
Philadelphia, PA 19101-7346                                                       Suite 700
                                                                                  Atlanta, GA 30339-9703



MBCI                               MCRT                                           (c)MAPLE MULT-FAMILY SE CONTRACTO
2280 Monier Ave                    Parker & Abramson PC                           3715 NORTHSIDE PKWY NW BLDG 100-200
Lithia Springs, GA 30122-3046      One S.E. Third Ave, St 3100                    ATLANTA GA  30327-2867
                                   Miami, FL 33131



                                                                                  New South-Synergy A JV 2020
                                                                                  c/o Mahaffey Pickens Tucker
                                                                                  1550 N. Brown Rd., St 125
                                                                                  Lawrenceville, GA 30043-1802



North Carolina Dept of Revenue                                                    Pike Center, LLC
Post Office Box 871                                                               c/o RB Management
Raleigh, NC 27602-0871                                                            260 Peachtree St, Suite 2500
                                                                                  Atlanta, GA 30303-1240


                                   Ram Tools                                      Robins & Morton
                                   PO Box 743487                                  400 Shades Creek Pkwy
                                   Atlanta, GA 30374-3487                         Birmingham, AL 35209-4454




                                   Samet Corporation
                                   5420 Wade Park Blvd
                                   Suite 104
                                   Raleigh, NC 27607-3628


Scotts Hill                        Secretary of the Treasury
8712 Market St                     15th & Pennsylvania Avenue, NW
Wilmington, NC 28411-7974          Washington, DC 20200



Southern Carlson                   StarStone National Insurance Company           Steadfast Insurance Company
3431 St Vardell Lane               c/o Enstar (US) Inc.                           c/o Jeffrey M. Paskert
Charlotte, NC 28217-1454           Harborside 5                                   100 N. Tampa St., Suite 3700
                                   185 Hudson Street, Suite 2600                  Tampa, FL 33602-5835
                                   Jersey City, NJ 07311-1215


Sunbelt Rentals                    Synergy
604 Cannon Rd                      PO Box 71200
Myrtle Beach, SC 29577-6538        Charlotte, NC 28272-1200
```

```
Trussway                          U. S. Securities and Exchange Commission    U.S. Small Business Admin.
9411 Alcorn                       Office of Reorganization                    2 North Street, Suite 320
Houston, TX 77093-6796            Suite 900                                   Suite 100
                                  950 East Paces Ferry Road, NE               Birmingham, AL 35203
                                  Atlanta, GA 30326-1382


                                  United States Fire Insurance Company        United States Small Business Administration
                                  c/o Glenn Kirkness                          United States Attorney's Office
                                  Crum & Forster                              75 Ted Turner Drive, SW
                                  26600 Telegraph Road                        Suite 600
                                  Southfield, MI 48033-5300                   Atlanta, GA 30303-3309


                                  Uriel Espinoza                              Vulcan Threaded Products, Inc. dba CLP Syste
                                  595 Old Norcross Rd, Suite A                c/o NCS
                                  Lawrenceville, GA 30046-7667                729 Miner Road
                                                                              Highland Heights, OH 44143-2117



Western World Insurance Company   Zurich American Insurance Company
c/o M. Angela Cooper              100 North Tampa Street, Suite 3700
Dennis, Corry, Smith & Dixon, LLP Tampa, FL 33602-5835
900 Circle 75 Pkwy, Suite 1400
Atlanta, GA 30339-3095
```